**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 01-176 (DWF/SRN)

Plaintiff,

v. **ORDER**

Matthew Dorweiler (1) and Nathan Dorweiler (2),

Defendants.

---

Joseph T. Walbran, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Scott F. Tilsen, Assistant Federal Public Defender, 107 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendant Matthew Dorweiler.

Bruce H. Hanley, Esq., Rider Bennett LLP, 33 South Sixth Street, Suite 4900, Minneapolis, MN 55402, counsel for Defendant Nathan Dorweiler.

---

Pursuant to the United States Department of Justice's agreement not to take additional enforcement action against the above-named Defendants to collect restitution until such time as the lawsuit between Union Pacific Railroad Company and State Farm is resolved, the Court hereby enters the following:

**ORDER**

1. Pursuant to the agreement of the United States Department of Justice, the United States Attorney's Office, and this Court, there shall be no additional enforcement action against Defendants to collect restitution in the above-entitled matter until such time as the lawsuit between Union Pacific

Railroad Company and State Farm is resolved. Consequently, until further order of this Court, restitution enforcement efforts as and against the above-named Defendants shall be stayed.

2. The Court reserves the right to reimburse the above-named Defendants as and for restitution already paid in the amount of $1,350. The Court will reserve any decision on this issue pending the outcome of the litigation mentioned above.

Dated: February 7, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court