**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Matthew Dorweiler (1) and
Nathan Dorweiler (2),

Defendants.

Criminal No. 01-176(1) & (2) (DWF/SRN)

**ORDER**

---

Joseph T. Walbran and Mary L. Trippler, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff.

Katherian D. Roe, Federal Defender, Federal Defender's Office, counsel for Defendants.

---

This matter comes before the Court for an order regarding the criminal restitution order entered on November 16, 2001 (Doc. Nos. 47 & 48). Based on information received from the United States Probation Office, the Court understands that the victim has agreed to relinquish the right to any future restitution from the Defendants.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' restitution judgment is deemed paid in full.

Dated: January 30, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court